IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESCAPEX IP LLC, | ) |
|     Plaintiff, | ) |
| | )    Civil Action No. 3:22-cv-00963-X |
| v. | ) |
| | ) |
| SPOTIFY USA INC., | ) |
|     Defendant. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiff EscapeX IP LLC ("EscapeX") files this Unopposed Motion for Extension of Time for Defendant Spotify USA Inc. ("Spotify") to Respond to Complaint and respectfully shows the following:

Plaintiff EscapeX filed its Complaint on April 29, 2022 (Dkt. No. 1) and served Defendant Spotify on May 3, 2022. Defendant's response is due May 24, 2022. Defendant requests a 60 day extension to respond on or before July 23, 2022. Plaintiff conferred with Defendant's counsel on May 19, 2022. Plaintiff does not oppose this request.

Wherefore, Plaintiff respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to July 23, 2022.

Respectfully Submitted

**Ramey LLP**

/s/William P. Ramey
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)

wramey@rameyfirm.com

*Attorneys for ESCAPEX IP LLC*

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rules, William Ramey, counsel for Plaintiff, EscapeX IP LLC conferred with Derek Tang, counsel for Spotify USA Inc. by e-mail on May 19, 2022. Plaintiff is unopposed to the extension.

/s/ William P. Ramey, III
William P. Ramey, III

### CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of May 20, 2022, with a copy of the foregoing via email.

/s/ William P. Ramey, III
William P. Ramey, III