# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **ESCAPEX IP LLC,** ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 3:22-cv-00963-X |
| **v.** ) | |
| ) | |
| **SPOTIFY USA INC.,** ) | |
| **Defendant.** ) | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED
## MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO
## RESPOND TO COMPLAINT

This Court, having considered Plaintiff's Unopposed Motion for Extension of Time for Defendant to Respond to Complaint (the "Motion"), hereby GRANTS the Motion and ORDERS the following: Defendant's deadline to answer or otherwise respond to the Complaint is extended to July 23, 2022.

SIGNED this _____ day of _____ 2022.

_____
HONORABLE JUDGE PRESIDING